UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: CHARLES I. PAPPAS         CHAPTER 11

                DEBTOR

                              CASE NO. 13-60267

_____/

## ORDER APPOINTING ATTORNEY FOR DEBTOR

     Upon reading the attached Petition, and the Court being otherwise fully advised;

     IT IS HEREBY ORDERED that Kurt A. O'Keefe be appointed attorney for the above Debtor.

**Signed on January 27, 2014**

                                   **/s/ Phillip J. Shefferly**
                                   **Phillip J. Shefferly**
                                   **United States Bankruptcy Judge**